# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) 1:11-CR-00429 AWI
     )
JIMMY DON THOMPSON

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **JIMMY DON THOMPSON**

Detained at (custodian): **Sierra Conservation Center, 5100 O'Byrnes Ferry Road, Jamestown, CA**

Detainee is:    a.)    ☒ charged in this district by:
    ☒ Indictment      ☐ Information      ☐ Complaint
Charging Detainee With: **18 U.S.C. §472 - Passing and Uttering Countefeit Obligations and Securities of The United States**

   or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☒ return to the custody of detaining facility upon termination of proceedings
   or    b.)    ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Stanley A. Boone
Printed Name & Phone No: **Stanley A. Boone (559) 497-4000**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

2/21/2012          /s/ Gary S. Austin
Date          United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | Sierra Conservation Center; AI7327 | DOB: | |
| Facility Address: | 5100 O'Byrnes Ferry Road | Race: | |
| | Jamestown, CA 95327 | FBI #: | |
| Facility Phone: | (209) 984-5291 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                                                             (Signature)