BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00429-AWI-DLB |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JIMMY DON THOMPSON, | |
| Defendant. | |

WHEREAS, on July 23, 2012, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Jimmy Don Thompson in the following property:

a. HP Office Jet J5750 all-in-one scanner, printer, and copier;
b. Epson Stylus NX305 scanner, printer, and copier;
c. Dell desktop computer;
d. Two USB computer electronic storage devices;
e. HP Pavillion DV1000 laptop computer; and,
f. Fourteen (14) computer hard drives of various manufacture and storage capacity.

AND WHEREAS, beginning on August 4, 2012, for at least 30 consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third

parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeiture property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 1028(b)(5), 492, and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Jimmy Don Thompson.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: October 10, 2012

_____

CHIEF UNITED STATES DISTRICT JUDGE